# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Jose Alberto Soto-Rosario<br>(D.O.B.: xx/xx/1977)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   26-MJ-34<br>)<br>)<br>)<br>) |

CLERK'S OFFICE
A TRUE COPY
Feb 17, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 31, 2023__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a)(2) | Reentry of alien previously removed from the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*: AURORA M BANDA (Digitally signed by AURORA M BANDA, Date: 2026.02.16 22:15:16 -06'00')

Aurora M. Banda, ICE Deportation Officer
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 02/17/2026

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF DEPORTATION OFFICER
# AURORA M. BANDA IN SUPPORT OF CRIMINAL COMPLAINT

I, Aurora M. Banda, Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"), being duly sworn, state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"), and have been employed in that capacity for over 18 years. I am currently assigned to the Milwaukee, Wisconsin office.

2. In the course of my employment, I investigate alleged violations of the Immigration and Nationality Act, including violations involving unlawful reentry into the United States by previously removed aliens, in violation of 8 U.S.C. § 1326(a)(2). This affidavit is submitted in support of the issuance of a criminal complaint and arrest warrant against Jose Alberto SOTO-Rosario ("SOTO-Rosario"), date of birth XX/XX/1977. The information contained herein is based upon my personal knowledge, my review of official records, and information provided to me by other law enforcement officers, whom I believe to be reliable. Therefore, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3. The information contained in this affidavit does not include all the facts I know about this investigation. Rather, it contains only the facts necessary to establish probable cause to believe that SOTO-Rosario has violated 8 U.S.C. 1326(a)(2).

## FACTS ESTALBLISHING PROBABLE CAUSE

4. I currently have custody of SOTO-Rosario's Alien Registration File ("A-File"), Number A205 154 737. An A-File is an official government record maintained by the United States and contains documents relating to an alien's immigration history, including applications for immigration benefits, notices and orders of removal, warrants of removal, fingerprints, photographs, and criminal history information.

5. A review of the A-File reflects that SOTO-Rosario is a native and citizen of Mexico. Records contained in SOTO-Rosario's Alien Registration File reflect that SOTO-Rosario was ordered removed from the United States on August 26, 2015, by an immigration Judge in Chicago, Illinois. Pursuant to that order of removal, SOTO-Rosario was physically removed to Mexico at Hidalgo, Texas on June 28, 2019.

6. A review of the A-File and available immigration databases reveals no evidence that SOTO-Rosario ever applied for or received permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States after his removal.

7. On April 11, 2023, the Milwaukee ICE ERO Office was notified that SOTO-Rosario was in custody at the Milwaukee County Jail for a probation violation and domestic violence-related offenses. Through biometric fingerprint comparison, ICE ERO confirmed that the individual in custody was the same individual identified in A-File Number A205 154 737 who had previously been removed from the United States. Based on that confirmation, ICE ERO lodged an immigration detainer with the Milwaukee County Jail on April 17, 2023.

8. A review of Wisconsin Consolidated Court Automation Programs (CCAP) revealed that on October 31, 2023, in Milwaukee County Circuit Court, Case No.

2023CF000321, SOTO-Rosario was convicted of Stalking, in violation of Wisconsin State Statute § 940.32(2). He was sentenced to three (3) years of probation, with one (1) year of confinement imposed and stayed. On October 31, 2023, in Milwaukee County Circuit Court, Case No. 2023CF001047, SOTO-Rosario was convicted of Stalking, in violation of Wisconsin State Statute § 940.32(2). He was sentenced to three (3) years of probation, with one (1) year of confinement imposed and stayed. And on October 31, 2023, in Milwaukee County Circuit Court, Case No. 2022CM003433, SOTO-Rosario was convicted of Violating a Harassment Restraining Order, in violation of Wisconsin State Statute § 813.125(7). He was sentenced to three (3) years of probation with six (6) months of incarceration.

9. On April 11, 2023, SOTO-Rosario was physically present in Milwaukee County Jail. Following sentencing on October 31, 2023, SOTO-Rosario was released from the custody of the Milwaukee County Jail. Although ICE ERO had previously lodged an immigration detainer with the jail, the detainer was not honored, and SOTO-Rosario was released.

10. On February 2, 2026, the Wisconsin Department of Corrections, Division of Community Corrections (Probation and Parole), contacted ICE ERO regarding SOTO-Rosario through a probation referral. The referral included SOTO-Rosario's FBI number, Wisconsin State Identification number, photograph, and conviction documentation. After conducting record checks and reviewing ICE databases and SOTO-Rosario's A-File, I again confirmed that SOTO-Rosario is an alien who had previously been removed from the United States on June 28, 2019.

## CONCLUSION

11.     Based on the foregoing, and my experience and training, there is probable cause to believe that SOTO-Rosario is an alien who was previously removed from the United States and thereafter knowingly reentered and was found in the United States without having obtained the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a)(2).